1  BRENDA H. ENTZMINGER, ESQ.
   Nevada Bar No. 9800
2  BRANDON P. SMITH, ESQ.
   Nevada Bar No. 10443
3  PHILLIPS, SPALLAS & ANGSTADT LLC
4  504 S. Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   *Attorneys for Defendant*
6  *Wal-Mart Stores, Inc.*

7                    UNITED STATES DISTRICT COURT
8                         DISTRCT OF NEVADA

9  MARGARDIA TAVITIAN,                          Case No.: 2:10-cv-01493-JCM-PAL

10                 Plaintiff,                   **STIPULATION AND ORDER FOR**
                                                **DISMISSAL WITH PREJUDICE**
11  v.

12  WAL-MART STORES, INC., d/b/a Wal-Mart,
    a foreign corporation, and DOES I through X,
13  inclusive; and ROE CORPORATIONS I
    through X, inclusive,

14                 Defendants.

15

16
    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
17
    counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his
18
19  //
20  //
21  //
22  //
23  //
24
25
26
27
28

                                           - 1 -
              STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

or her own costs and attorney's fees.

DATED this 7th day of July 2011.

| HENNESS & HAIGHT | PHILLIPS, SPALLAS & ANGSTADT, LLC |
|---|---|
| *Boyd Moss, Esq.* | *Brandon Smith, Esq.* |
| Boyd Moss, Esq. | Brandon Smith, Esq. |
| HENNESS & HAIGHT | PHILLIPS, SPALLAS & ANGSTADT, LLC. |
| 8972 Spanish Ridge Avenue | 504 South Ninth Street |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Wal-Mart Stores, Inc.* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 12th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brandon Smith
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE